**Order entered November 18, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00036-CV

### SEIKILOS HOLDINGS, LLC, SEIKILOS FX STUDIOS, LLC, JOHN C. GOLFIS AND JULIE NGUYEN, Appellants

**V.**

### EDWARD "LANNY" HOULLION, INDIVIDUALLY AND AS GENERAL PARTNER OF HOULLION FAMILY, LP AND HOULLION FAMILY, LP, Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-13053**

## ORDER

Before the Court is appellants' November 16, 2015 motion for an extension of time to file a brief. In an order dated November 17, 2015, the Court granted appellants John C. Golfis and Julie Nguyen and appellants Seikilos Holdings, LLC and Seikilos FX Studios, LLC, assuming they timely obtain counsel and provide this Court with the attorney information, an extension to December 17, 2015 to file appellants' brief. Accordingly, we **DENY** appellants' motion as moot.

/s/     ELIZABETH LANG-MIERS
JUSTICE